**STATE of Missouri, Respondent,**

v.

**James M. CHANDLER, Appellant.**

**No. WD 38743.**

Missouri Court of Appeals,
Western District.

Oct. 20, 1987.

Nancy McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and NUGENT and GAITAN, JJ.

**ORDER**

PER CURIAM.

Appeal from conviction after jury trial of selling a controlled substance (LSD), § 195.020, RSMo 1978 and fifteen year term of imprisonment.

Judgment affirmed. Rule 30.25(b)

■

**George COLEMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39040.**

Missouri Court of Appeals,
Western District.

Oct. 20, 1987.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and CLARK, JJ.

**ORDER**

PER CURIAM.

Appeal from denial, without evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

■

**Raymond L. SANSTRA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39031.**

Missouri Court of Appeals,
Western District.

Oct. 27, 1987.

Joseph H. Locascio, Special Public Defender, Mark G. Camacho, Asst. Special Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

PER CURIAM.

**ORDER**

Direct appeal from denial without evidentiary hearing of a Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).